IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Yandrey Negrin Rojas,<br><br>        Defendant. | 4:23MJ3110<br><br>**RULE 5 ORDER** |

A Superseding Indictment and Warrant having been filed in the district court for the Southern District of Florida charging the above-named defendant with (Count 1) 8:1324(a)(l)(A)(v)(I) CONSPIRACY TO TRANSPORT AND HARBOR ALIENS FOR PROFIT; (Counts 2-8) 8:1324(a)(1)(A)(ii) and (a)(1)(B)(i) and 18:2 TRANSPORTING ALIENS FOR PROFIT; (Count 9) 18:1203(a) CONSPIRACY TO COMMIT HOSTAGE TAKING; (Counts 10-16) 18:1203(a) and 2 HOSTAGE TAKING, and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20. Additionally, defendant

___      Was given an identity hearing and found to be the person named in the aforementioned charging document

_X_     Waived an identity hearing and admitted that he was the person named in the aforementioned charging document.

___      Waived his right to a preliminary examination

_X_     The government did move for detention

_X_     Knowingly and voluntarily waived a detention hearing in this district and reserved his right to a detention hearing in the charging district.

2

___  Was given a detention hearing in this district.
Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

_X_  Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. ' 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.5 having been completed.

___  Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. ' 3141 et.seq.  The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered.  All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

IT IS SO ORDERED.

Dated this 23rd day of August, 2023

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge